AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)
Civil Action No.    15-253

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Key Automotive Sales & Service**

was received by me on *(date)* **1/28/15**.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Patricia English - office manager**, who is

designated by law to accept service of process on behalf of *(name of organization)* **Key Automotive Sales & Service** on *(date)* **1/28/15** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: **1/29/15**

_____
*Server's Signature*

**Scott Segal - Process Server**
*Printed name and title*
Seagull Legal Services Inc.
PO Box 1706
Southampton, PA 18966

*Server's address*

Additional information regarding attempted service, etc: